IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| MALIKA HILL; TYRONE BROWN; STACY LEE TEMPLE; FREDDIE McBRIDE; TRAVIS D. BOYD; BRANDON K. SMITH; JOSEPH E. SIRMANS; TRAVIS STORY; MICHAEL D. WILKERSON; DARRYL W. WILLIAMS, JR.; RUDOLPH V. ORANGE; ANTONIO KING; JABYO BELL; CORINTHIAN LEE; JOSEPH STUCKEY; ANDY JONES; ANTHONY LEWIS; RANDY GORDON; and TODD SMITH, | ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. CV510-113 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| RANDY F. ROYAL, Sheriff; Nurse BENNETT; JIMMY STAPLETON; Sgt. BLUE; CARL JAMES; SHERLTINA SMITH; Ms. WILLIAM; Ms. REIDS; and WARE COUNTY JAIL ADMINISTRATION, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiffs' complaint is **DISMISSED**, without prejudice. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this 10 day of January, 2011.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)